## UNITED STATES BANKRUPTCY COURT
Northern District of Georgia
Atlanta Division
1340 Russell Federal Building
75 Spring Street, SW
Atlanta, GA 30303

www.ganb.uscourts.gov

In Re:

**Kitchen Supply Direct, Inc.**

Case No.: **09−87908−mhm**
Chapter:  **7**
Judge:  **Margaret Murphy**

# *Notice of Deficient Filing*

The document(s) identified below were not filed with the bankruptcy petition. You are hereby notified that the documents must be filed with the Court within the time frame specified below. **Failure to file may result in the dismissal of your bankruptcy case.**

| **To be filed Within Five (5) Days From the Date of Filing of the Petition:** | **To be filed Within Thirty (30) days From the Date of Filing of the Petition** |
|---|---|
| N/A | N/A |

**To be filed within Seven (7) Days From the Date of Filing of the Petition**
N/A

**To be Filed Within Fifteen (15) Days From the Date of Filing of the Petition**
Corporate Resolution

Dated: 10/23/09

_____

M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

Form 430